## Ex parte E. A. INMAN.

No. A-6352.   Opinion Filed Feb. 2, 1927.
(252 Pac. 1117.)

PER CURIAM.   This is an application for a writ of habeas corpus to be admitted to bail.   Cause dismissed, and leave granted to withdraw petition, on the motion of counsel for petitioner.